```
                      UNITED STATES DISTRICT COURT
                      MIDDLE DISTRICT OF TENNESSEE
                            NASHVILLE DIVISION
```

**DEIDRE JOSEPH**                )
                                 )
v.                               )   Civil Action No. 3:11-0409
                                 )   Judge Campbell/Knowles
**TENNESSEE CVS PHARMACY, LLC**  )

### O R D E R

Pending before the Court is the parties' Joint Motion to Continue Trial and Amend Case Management Order. Docket Entry No. 13. This Motion is granted, and the undersigned recommends the trial date be continued. The following deadlines are extended as follows:

1. The Discovery deadline is September 24, 2012.

2. Document requests, interrogatories and requests for admission shall be served by June 29, 2012.

3. Plaintiff's expert disclosure is due July 23, 2012.

4. Defendant's expert disclosure is due August 22, 2012.

5. Plaintiff's rebuttal expert disclosure is due August 29, 2012.

6. The deadline for filing discovery-related motions is October 1, 2012.

7. All dispositive motions shall be filed on or before November 1, 2012.

8. The target trial date is March 19, 2013.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge