IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**DEIDRE JOSEPH,**

       **Plaintiff,**

                              **No.: 3:11-cv-00409**

**v.**                               **DISTRICT JUDGE CAMPBELL**
                                       **MAGISTRATE JUDGE KNOWLES**

**TENNESSEE CVS PHARMACY, LLC**

       **Defendant.**

## AGREED ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

      Comes now Plaintiff Deidre Joseph and Defendant Tennessee CVS Pharmacy, LLC, by and through their attorneys, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, notify the Court of the dismissal of Plaintiff's claims against the Defendant in this matter with prejudice to the refiling of the same.

      It is accordingly

      **ORDERED, ADJUDGED and DECREED** that Plaintiff's claims against the Defendant Tennessee CVS Pharmacy, LLC, are dismissed with prejudice to the refiling of same. Each party will bear its own costs.

      **IT IS SO ORDERED** this ____ day of _____, 2012.

                                                    _Todd Campbell_
                                                    Judge

APPROVED FOR ENTRY:


*/s/ Jonathan L. Bobbitt*
Jonathan L. Bobbitt, #23515
GILBERT RUSSELL MCWHERTER PLC
101 N Highland
Jackson, TN 38301
(731) 664-1340 Phone
(731) 664-1540 Facsimile
*Attorneys for Diedre Joseph*



*/s/ Larry W. Bridgesmith*
Larry W. Bridgesmith, #0137
BONE MCALLESTER NORTON PLLC
511 Union Street, Suite 1600
Nashville, Tennessee 37219
(615) 238-6300 Phone
(615) 238-6301 Facsimile
*Attorneys for Tennessee CVS Pharmacy, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been placed in the U.S. mail postage pre-paid and properly addressed to:

Jonathan L. Bobbitt, #23515
GILBERT RUSSELL MCWHERTER PLC
101 N Highland
Jackson, TN 38301

this 12th day of November, 2012.

                                              */s/ Larry W. Bridgesmith*
                                              Larry W. Bridgesmith